UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION |
| | ) | |
| v. | ) | Case Number: 3:22 cr 61-DRL |
| | ) | |
| LATELL WASHINGTON | ) | 18 U.S.C. § 922(a)(6) |

**THE U.S. ATTORNEY CHARGES:**

### COUNT 1

On or about April 16, 2021, in the Northern District of Indiana,

**LATELL WASHINGTON,**

defendant herein, in connection with the acquisition of firearms from a licensed firearms dealer, ZX Gun Inc. knowingly made and furnished a false and fictitious written statement that was likely to deceive the licensed dealer as to a fact material to the lawfulness of the sale of firearms to the defendant under chapter 44 of Title 18 in that defendant **LATELL WASHINGTON** falsely stated on question 21e of the 4473 form that he was not a user of illegal substances, including marijuana, when in fact he was.

All in violation of Title 18, United States Code, Section 922(a)(6).

APPROVED BY:

    CLIFFORD D. JOHNSON
    UNITED STATES ATTORNEY

By:   *s/Frank E. Schaffer*
      Frank E. Schaffer
      Assistant United States Attorney
      Robert A. Grant Federal Building
      204 S. Main Street, Room MO-1
      South Bend, IN 46601
      Phone: (574) 236-8287
      Email: frank.schaffer@usdoj.gov